UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

LINDSEY WHITE,

    Plaintiff,

v.                                                     Case No. 8:22-cv-1762

EVERETT FINANCIAL, INC., d/b/a
SUPREME LENDING NMLS #2129, et al.,

    Defendants.
_____/

## **DEFENDANTS' NOTICE OF SETTLEMENT**

    Defendants, EVERETT FINANCIAL, INC., d/b/a SUPREME LENDING NMLS #2129, a Florida Corporation and ARISTIDES "ARI" PRIAKIOS, individually (collectively referred to as "Defendants"), by and through undersigned counsel, hereby notify the Court that they have reached a settlement of all disputed issues with Plaintiff, Lindsey White. The parties are finalizing their settlement documents, and will thereafter submit the appropriate documents to this Honorable Court.

                                                      GRAYROBINSON, P.A.
                                                      333 S.E. 2nd Avenue, Suite 3200
                                                      Miami, Florida 33131
                                                      Telephone: (305) 416-6880
                                                      Facsimile: (305) 416-6887

                                                      By:   s/ Marlene Quintana
                                                            Marlene Quintana, B.C.S.
                                                            Florida Bar No. 88358
                                                           marlene.quintana@gray-robinson.com

                                                      *Attorney for Defendants*